UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| EMILY KILROY, LYNN KILROY and ROBERT KILROY,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. CV 18-5411-GW-KSx<br><br>**JUDGMENT**<br><br>Date: April 15, 2019<br>Time: 8:30 a.m.<br>Courtrm: 9D, 9th Floor<br>Judge: Hon. George H. Wu<br>Complaint Filed: June 19, 2018<br>Trial Date: None |

The Court has considered Defendant's motion requesting a modified de novo review upholding the administrative law judge's ruling in *Parents on Behalf of Student v. Santa Monica-Malibu Unified School District*, OAH Case No. 2017080121, and Plaintiffs' motion for summary judgment, together with the moving and opposing papers, and oral argument.

IT IS ORDERED that Defendant's motion for summary judgment upholding the administrative law judge's ruling in *Parents on Behalf of Student v. Santa Monica-Malibu Unified School District*, OAH Case No. 2017080121 is granted and that Plaintiffs' motion for summary judgment is denied.

It is further ORDERED, ADJUDGED AND DECREED that Judgment be, and hereby is ENTERED in favor of Defendant Santa Monica-Malibu Unified School District and against the Plaintiffs.

It is further ORDERED, ADJUDGED and DECREED that the Plaintiffs shall take nothing.

It is further ORDERED that each side shall bear their own costs.

**IT IS SO ORDERED**

Date: April 19, 2019

_____
HON. GEORGE H. WU, U.S. District Judge

# CERTIFICATE OF SERVICE

Case Name: Kilroy v. Santa Monica-Malibu USD

No.: 2:18-CV-5411-GW-KS

On April 22, 2019, I filed the following document(s) described as **[PROPOSED] JUDGMENT** electronically through the CM/ECF system. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

The party(ies) listed below are currently on the list to receive e-mail notices for this case.

| Eric Menyuk<br>Sophia Bliziotis<br>Newman, Aaronson, Vanaman LLP<br>14001 Ventura Blvd.<br>Sherman Oaks, CA 91423<br>(818) 990-7722<br>Fax (818) 501-1306 | Attorneys for Plaintiffs |
|---|---|

| ☑ | **BY EMAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case. |
|---|---|

Executed on April 22, 2019, at Cerritos, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Marlon C. Wadlington
Marlon C. Wadlington